# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  vs.<br><br>C.W. BROWER, INC. dba STOP N SAVE GROCERS & LIQUORS;<br><br>  Defendant. | Case No. 1:21-cv-00799-NONE-SKO<br><br>Order Extending Defendant's Time to Respond to Initial Complaint to August 3, 2021 (L.R. 144(a))<br><br>(Doc. 6)<br><br>Complaint served: 5/31/2021<br>Current response date: 7/19/2021<br>New response date:  8/3/2021 |

    The Court has reviewed the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days filed in this action (the "Second Stipulation") (Doc. 6), in which Plaintiff DARREN GILBERT ("Plaintiff") and Defendant C.W. BROWER, INC. (sued herein as "C.W. BROWER, INC. dba STOP N SAVE GROCERS & LIQUORS") ("Defendant") stipulate and jointly request that the Court extend the time for Defendant to respond to the Complaint in this action from July 19, 2021 to August 3, 2021, and agree that good cause exists for said extension as set forth in said Second Stipulation.

1

The Court finding sufficient good cause to grant the parties' request,

IT IS HEREBY ORDERED that the joint request of the parties set forth in the above-referenced Second Stipulation is hereby GRANTED, thereby making August 3, 2021, the new deadline for Defendant to respond to the Complaint.

IT IS SO ORDERED.

Dated: **July 16, 2021**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE