UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:21-cv-00799-NONE-SKO |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE |
| v. | |
| C. W. BROWER, INC., | (Doc. 11) |
| Defendant. | |

On August 6, 2021, Plaintiff filed a notice of voluntary dismissal, notifying the Court of the dismissal of this action with prejudice. (Doc. 11.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE